# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00360-CR

**Mark Edward Lee**
**AKA Jerome Harold Lee**
**AKA Rodney Lee Woods, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT
## NO. 55933, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Mark Edward Lee seeks to appeal a judgment of conviction for burglary of a habitation. The trial court has certified that this is a plea bargain case and Lee has no right of appeal, and also that Lee waived the right of appeal. *See* Tex. R. App. P. 25.2(a)(2); *Blanco v. State*, 18 S.W.3d 218, 220 (Tex. Crim. App. 2000); *see also Monreal v. State*, 99 S.W.3d 615, 622 (Tex. Crim. App. 2003). The appeal is dismissed. *See* Tex. R. App. P. 25.2(d).

_____

Jan P. Patterson, Justice

Before Chief Justice Law, Justices Patterson and Pemberton

Dismissed for Want of Jurisdiction

Filed:   September 7, 2006

Do Not Publish